GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
JOHN P. WITUCKI, ESQ.
Nevada Bar No. 10800
E-mail: jwitucki@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Proposed Attorneys for Debtor

E-Filed On 8-25-09

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LLS AMERICA, LLC,<br><br>Debtor. | Case No.: BK-S-09-23021-LBR<br>Chapter 11<br><br>Date: September 30, 2009<br>Time: 1:30 p.m. |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that an APPLICATION FOR ORDER APPROVING EMPLOYMENT OF GORDON SILVER AS ATTORNEYS FOR DEBTOR ("Application") was filed on August 25, 2009 by LLS America, LLC. The Application seeks the following relief: seeks to employ Gordon Silver as counsel for LLS America, LLC. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 15 days* after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102086-002/749496.doc

09-06194-FPC11    Doc 34    Filed 11/04/09    Entered 11/04/09 14:52:54    Pg 1 of 2

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Application will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101, on September 30, 2009, at the hour of 1:30 p.m.

DATED: August 25, 2009.

GORDON SILVER

By: _____
GREGORY E. GARMAN, ESQ.
JOHN P. WITUCKI, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Proposed Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102086-002/749496.doc

2

09-06194-FPC11    Doc 34    Filed 11/04/09    Entered 11/04/09 14:52:54    Pg 2 of 2