Shelley Ripley, WSBA# 28901
SNR@witherspoonkelley.com
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728

Sven T. Nylen, (admitted *pro hac vice*)
SNylen@beneschlaw.com
Benesch Friedlander Coplan & Aronoff  LLP
71 South Wacker Drive, Suite 1600,
Chicago, IL  60606-4637
Telephone: (312) 624-6388
Facsimile: (312) 767-9192

Honorable Frederick P. Corbit
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 09-06194-FPC11 |
| LLS AMERICA, LLC, et al. | NOTICE OF HEARING |
| Debtors. | |

PLEASE TAKE NOTICE that Bruce Kriegman, the Liquidating Trustee of the Liquidating Trust, filed a Motion for Extension of Liquidating Trust's Term (Docket No. 2275).  This Motion is set for hearing as follows:

NOTICE OF HEARING - 1

{S2485979; 1 }

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300           Fax: 509.458.2728

| | |
|---|---|
| JUDGE: | Frederick P. Corbit |
| Time: | 2:00 p.m. - PST |
| Place: | via Zoom.gov: |
| | Meeting ID: 160 692 2376 |
| | Passcode: 196273 |
| | Or by phone: +1 669 254 5252 US |
| Date: | November 1, 2022 |

Dated this 17th day of October, 2022.

WITHERSPOON • KELLEY

By: /s/ Shelley N. Ripley
Shelley N. Ripley, WSBA No. 28901
Attorneys for Bruce P. Kriegman,
Liquidating Trustee

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP

By: /s/ Sven T. Nylen
Sven T. Nylen, Admitted Pro Hac Vice
Attorneys for Bruce P. Kriegman,
Liquidating Trustee

NOTICE OF HEARING - 2

{S2485979; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300           Fax: 509.458.2728