Oct 21, 2022

Re: LLS America, LLC, et al.
No# 09-06194-FPC 11

Judge Frederick P. Corbit
To Whom it may concern:

I received notice by mail which arrived today of the upcoming extension hearing requested by Liquidating trustee, Bruce Kriegman to try and recoup monies in regards to the LLS America ponzi case. Hearing set for Nov 1, 2022 2PM PST

Although I have no interest in attending this hearing, I do respectfully ask, your honor if you could investigate Mr Kriegman, and any others as to what and where all the monies have gone that he has supposedly collected as a result of this case. From what I understand over the years he has collected around $17,500,000 and dispersed some 5,422,000 to the victims. I don't believe that is altogether true. For example for the year 2021, Form 1041-IRS it was reported my mother received $95.00/capital gain from LLS. Mr Kriegman reported 353,740.51 collected. Of the $95 00/100 gain we received not one red cent. This has been going on for around 10 years.

Please do not grant this extension!! Again someone is making money off of this and its not the investors who are still being scammed under the guise of legalities. My mother has been gone now for four years, and I'm sick of this. Please close the books on this and make it stop. Mr Kriegman and the attorneys are the only ones making money.

Susi DeCrow trustee for
Elisabeth G. Eidinger
544 Melody Ln
Grand Jct, Co 81503

Susi DeCrow
2762 B 1/2 Rd
Grand Jct Co 81503
[email]

*[Handwritten annotation: RE: LLS America, LLC, et al / No # 09-06194-FPC11 / Who is getting the money here? Not us!]*

known.

The following deposits and disbursements were made for the period of January 1, 2021 to December 31, 2021:

| | |
|---|---|
| Opening Balance: | $704,241.21 |

Deposits:

| | |
|---|---|
| Judgment collection: | $353,130.88 |
| Misc. collections, refunds, etc.: | $10.00 |
| Beneficiary claims returned/adjusted: | $599.63 |
| Total Deposits: | $353,740.51 |

Disbursements:

| | |
|---|---|
| Professional fees & costs: | ($427,223.99) |
| US Trustee quarterly fees: | ($1,150.00) |
| Bank fees & misc. expenses: | ($5,333.88) |
| Total disbursements: | ($433,707.87) |
| Closing Balance: | $624,273.85 |

DATED this 26th day of January, 2022

KRIEGMAN LAW OFFICE, PLLC

/s/ Bruce P. Kriegman
Bruce P. Kriegman,
Trustee
WSBA #14228

ANNUAL FINANCIAL
REPORT FOR 2021 - 2

KRIEGMAN LAW OFFICE, PLLC
600 University Street, Suite 1021
Seattle, WA 98101
(206) 903-0344

09-06194-FPC11    Doc 2268    Filed 01/26/22    Entered 01/26/22 15:44:03    Pg 2 of 2
09-06194-FPC11    Doc 2293    Filed 10/27/22    Entered 10/28/22 07:59:49    Pg 2 of 3

# Grantor / Agency Report of Income, Deductions, Credits

Form **1041**  
For calendar year 2021, or tax year beginning _____, and ending _____  
**2021**

☐ Amended  
☐ Final

**Name of trust**  
LLS LIQUIDATING TRUST

**Grantor's identifying number** ▶ [redacted]  
**Trust's EIN** ▶ [redacted]

**Grantor's name, address, and ZIP code**  
ELIZABETH EIDINGER TRUST  
C/O SUSI DECROW, TRUSTEE  
544 MELODY LANE  
GRAND JUNCTION      CO  81501

**Fiduciary's name, address, and ZIP code**  
BRUCE KRIEGMAN, TRUSTEE  
600 UNIVERSITY ST STE 1021  
SEATTLE               WA  98101

Enter the following items on the federal income tax return of the above named individual.

| Portfolio Income: | | Expenses / Deductions: | |
|---|---|---|---|
| Interest | | Investment interest | |
|   Includes from U.S. obligations | | Other interest | |
| Dividends | | Taxes: | |
|   Includes from qualified dividends | |   State / local taxes (including withholding) | |
|   Includes from U.S. obligations | |   Property taxes paid | |
| Tax-exempt | |   Other | |
|   Expenses allocated to tax-exempt income | | Foreign tax credit | |
| **Capital Gain / Loss:** | | Fiduciary fees | |
| Short-term | | Charitable contributions | |
| Long-term | | Attorney / accountant fees | |
| Capital gain distributions | | Early withdrawal penalty | |
| Net section 1231 | | Other deductions | 116 |
| Unrecap. sec. 1250 gain (Sch. D Wrk., ln. 5) | | Medical | |
| Unrecap. sec. 1250 gain (Sch. D Wrk., ln. 11) | | Utility | |
| Section 1202 exclusion | | Other | |
| **Other Income:** | | **Directly Apportioned Deductions:** | |
| Ordinary gain / loss | | Depreciation | |
| Other  SEE STMT 1 | 95 | Depletion | |
| **From Pass-Through Entities:** | | Amortization | |
| Short-term capital gain / loss | | **Payments:** | |
| Long-term capital gain / loss | | Federal estimated taxes paid | |
| Net section 1231 gain / loss | | Federal tax withheld | |
| Investment expenses | | **Credits:** | |
| Investment income adjustment | | **Alternative Minimum Tax Items:** | |
| Section 179 expense deduction | | **Qualified Business Income Deduction:** | |

| Activities: | Nonpassive | Passive |
|---|---|---|
| Business income / loss | | |
| Rental, royalty income / loss | | |
| Partnership, S corp income / loss | | |
| Estates, trusts income / loss | | |
| Farm income / loss | | |
| Publicly traded partnerships | | |
| REMIC Schedule Q income | | |
| Gross farming / fishing income | | |

**Additional Information:**

*[handwritten:]* Expen 116.00  
Gain  95.00  
Neg  −21.00  } MONIES Received  
                  $0