Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

LLS AMERICA, LLC, et al.,

Debtors[1]

No. 09-06194-FPC11

NOTICE OF MOTION FOR LEAVE TO FILE CLAIMS AGAINST THE LIQUIDATING TRUSTEE AND TRUSTEE'S ATTORNEYS OUTSIDE THE BANKRUPTCY COURT

PLEASE TAKE NOTICE that Creditors and judgment debtors, Ronald Ponton and Tomika Ponton (Collectively, the "Pontons") by and through their undersigned counsel, hereby move the Court for entry of an order granting the Pontons leave to file a lawsuit against the Trustee and his attorneys in the United States District Court of the Western District of Washington for claims under the Consumer Protection Act, the Collection Agency Act and for Abuse of Process that stem from unlawful debt collection practices through attempts to collect on a judgment through unlawful garnishment ("Motion"). By this Motion, the Pontons request that the Court enter an order allowing the Pontons to raise certain of their claims at this stage, or risk losing them. Fed. R. Civ. P. 13(a).

YOU ARE NOTIFIED that any objection to the relief requested by the Pontons must be

NOTICE OF HEARING ON MOTION
FOR LEAVE TO FILE CLAIMS
AGAINST TRUSTEE - 1

HENRY & DEGRAAFF, P.S.
113 CHERRY ST., PMB 58364
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

09-06194-FPC11    Doc 2298-5    Filed 11/18/22    Entered 11/18/22 17:38:07    Pg 1 of 5

in writing, must be filed with the Clerk of the United States Bankruptcy Court, 904 West Riverside Avenue, Spokane, WA 99201, and must be served upon the undersigned attorney at the address set forth in the caption of the notice no later than twenty-seven (27) days from the date of this notice (December 15, 2022).

Pursuant to Local Rule 2002-1(f)(1) and (2), any objection shall state the grounds therefore. If an objection states no grounds, the Court may strike the objection on an ex parte motion of the moving party. The moving party, however, may make such ex parte motion to strike only after the objecting party fails within seven (7) days, to respond to a request by the moving party for a brief statement of the grounds of the objection. If a valid objection is validly filed, the Pontons will promptly request a hearing date from the Court.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and related documents may be reviewed and copied at the Office of the Clerk of the United States Bankruptcy Court, 904 West Riverside Avenue, Spokane, WA 99201, or may be obtained by submitting a written request to Ms. Christina L. Henry, attorney, Henry & DeGraaff, P.S., 113 Cherry St, PMB 58364, Seattle, WA 98104, or emails to chenry@hdm-legal.com.

SHOULD YOU FAIL TO SO OBJECT WITHIN THE TIME SET FORTH ABOVE, RELEIF REQUESTED MAY BE GRANTED WITHOUT FURTEHR NOTICE TO YOU. IF YOU HAVE NO OBJECTION, YOU NEED NOT TAKE ANY ACTION.

Dated November 18, 2022

/s/ Christina L Henry
Christina L Henry, WSBA 31273
HENRY & DEGRAAFF, PS
113 Cherry St, PMB 58364
Seattle, WA 98104
Tel: 206-330-0595 / Fax 206-400-7609
chenry@hdm-legal.com

NOTICE OF HEARING ON MOTION
FOR LEAVE TO FILE CLAIMS
AGAINST TRUSTEE - 2

**HENRY & DEGRAAFF, P.S.**
113 CHERRY ST., PMB 58364
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

09-06194-FPC11    Doc 2298-5    Filed 11/18/22    Entered 11/18/22 17:38:07    Pg 2 of 5

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to the CM/ECF participants below.

Susan G Amstadter    sga@mbblegal.net

Heidi C Anderson    AndersonH@lanepowell.com; Docketing-SEA@lanepowell.com; craiga@lanepowell.com

Maris Baltins, sthompson@baltinslaw.com

sthompson@baltinslaw.com

Thomas T Bassett   millp@foster.com

Kevin A Bay   bay@ryanlaw.com, nmorin@tousley.com; efile@tousley.com

Michael J Beyer    mjbeyer@sisna.com

Bruce R Boyden    BRBat509@aol.com

John F Bury    jfb@winstoncashatt.com; mlm@winstoncashatt.com

Thomas D Cochran    tdc@witherspoonkelley.com, shellyk@witherspoonkelley.com

Matthew Z Crotty    mzc@witherspoonkelley.com; mariannb@witherspoonkelley.com

Michael D Currin    mdc@witherspoonkelley.com, emilyp@witherspoonkelley.com

Delian Deltchev    delian.deltchev@lewisbrisbois.com, annie.kliemann@lewisbrisbois.com

Darren M Digiacinto    dmd@winstoncashatt.com, ars@winstoncashatt.com

Robert A Dunn    , mobrien@dunnandblack.com

Timothy W Durkop    tim@durkoplaw.com, mail@durkoplaw.com

Gary W Dyer^Gary.W.Dyer@usdoj.gov

Timothy R. Fischer, ars@winstoncashatt.com

David P Gardner dpg@winstoncashatt.com; azh@winstoncashatt.com; clk@winstoncashatt.com; azh@winstoncashatt.com

Michael J Gearin    michael.gearin@klgates.com, bankruptcyecf@klgates.com

Daniel J Gibbons    djg@witherspoonkelley.com, jamiel@witherspoonkelley.com

John P Gleesing    jpgleesing@qwestoffice.net, jpgleesing@qwestoffice.net

Matthew A Gold    courts@argopartners.net

David J Groesbeck    david@groesbecklaw.com, kelly@groesbecklaw.com

NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE CLAIMS AGAINST TRUSTEE - 3

Henry & DeGraaff, P.S.
113 Cherry St., PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

09-06194-FPC11    Doc 2298-5    Filed 11/18/22    Entered 11/18/22 17:38:07    Pg 3 of 5

| | | |
|---|---|---|
| 1 | Dennis P Hession | dennis.hession@kutakrock.com |
| 2 | Mary Jo Heston | hestonm@lanepowell.com, campbelld@lanepowell.com; docketing-sea@lanepowell.com |
| 3 | Nancy L Isserlis | nli@winstoncashatt.com; jlm@winstoncashatt.com; azh@winstoncashatt.com |
| 4 | Dillon E Jackson | djlawpllc@gmail.com, Sandra.lonon@foster.com; litdocket@foster.com |
| 5 | Michael J Kapaun | mjk@witherspoonkelley.com, karinah@witherspoonkelley.com |
| 6 | Christopher J Kerley | ckerley@ecl-law.com, kschulman@ecl-law.com |
| 7 | William Kinsel | wak@kinsellaw.com |
| 8 | Lawrence Joel Kotler | ljkotler@duanemorris.com; crcush@duanemorris.com |
| 9 | Bruce P Kriegman | bkriegman@kriegmanlaw.com; sblan@kriegmanlaw.com |
| 10 | Brian H Krikorian | bhkrik@bhklaw.com; bhkrik@ecf.courtdrive.com |
| 11 | Sandra W Lavigna | lavignas@sec.gov |
| 12 | J Gregory Lockwood | , vickie.jgl@gmail.com; jgregorylockwood@hotmail.com; |
| 13 | Michael L Loft | mll@witherspoonkelley.com, karinah@witherspoonkelley.com |
| 14 | Conrad C Lysiak | cclysiak@lysiaklaw.com; jtlysiak@lysiaklaw.com |
| 15 | Jody M McCormick | jmm@witherspoonkelley.com, taylorp@witherspoonkelley.com |
| 16 | Bruce K Medeiros, | sabrahamson@dbm-law.net; cnickerl@dbm-law.net; tnichols@dbm-law.net |
| 17 | Matthew A Mensik | mam@witherspoonkelley.com; mariannb@witherspoonkelley.com; lennier@witherspoonkellet.com; rim@witherspoonkelley.com; fjd@witherspoonkelley.com; karinah@witherspoonkelley.com |
| 18 | Jed W Morris | , mlindquist@lukins.com; jmorris@lukins.com |
| 19 | Wesley D Mortensen | wesm@craigswapp.com |
| 20 | Sven Thure Nylen | snylen@beneschlaw.com; debankruptcy@beneschlaw.com |
| 21 | Dan ORourke | dorourke@southwellorourke.com, tina@southwellorourke.com |
| 22 | Kevin ORourke | kevin@southwellorourke.com; tina@southwellorourke.com |
| 23 | Michael M Parker | mike@pkp-law.com; mary@pkp-law.com |
| 24 | Michael J Paukert | mpaukert@pt-law.com |
| 25 | Brian T Peterson | brian.peterson@klgates.com; bankruptcyecf@klgates.com |
| 26 | R Gary Ponti | ; lawoffice@mpwvlaw.com |
| 27 | Ragan L Powers | raganpowers@dwt.com; sherriparsons@dwt.com; SEADocket@dwt.com |
| 28 | Shelley N Ripley | snr@witherspoonkelley.com; emilyp@witherspoonkelley.com |

NOTICE OF HEARING ON MOTION
FOR LEAVE TO FILE CLAIMS
AGAINST TRUSTEE - 4

HENRY & DEGRAAFF, P.S.
113 CHERRY ST., PMB 58364
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

| | |
|---|---|
| 1 | William C Schroeder     wcs@ksblit.legal; mhernandez@ksblit.legal |
| 2 | Douglas J Siddoway     , klb@randalldanskin.com |
| 3 | Gregg R Smith     smith_gregg@comcast.net; smith_gregg@comcast.net |
| 4 | H Douglas Spruance     doug.spruance@me.com,; carol@spruancelaw.com |
| 5 | Samuel C Thilo     sct@witherspoonkelley.com, swade@ecl-law.com |
|   | US Trustee     USTP.REGION18.SP.ECF@usdoj.gov |

Jennifer C Underwood, assistant@groesbeck-ewerslaw.com; jennifer@groesbeck-ewerslaw.com,; assistant@groesbeck-ewerslaw.com

Jordan C Urness, april.phelan@painehamblen.com; jordan.urness@painehamblen.com; april.phelan@painehamblen.com

Ross P White, shannayd@witherspoonkelley.com; lisaj@witherspoonkelley.com

Bryce J Wilcox     bwilcox@workwith.com

Executed this 18th day of November, 2022 at Bothell, WA.

/s/ Christina L Henry
Christina L Henry, WSBA 31273
HENRY & DEGRAAFF, PS
113 Cherry St, PMB 58364
Seattle, WA 98104
Tel: 206-330-0595 / Fax 206-400-7609
chenry@hdm-legal.com

NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE CLAIMS AGAINST TRUSTEE - 5

HENRY & DEGRAAFF, P.S.
113 CHERRY ST., PMB 58364
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

09-06194-FPC11    Doc 2298-5    Filed 11/18/22    Entered 11/18/22 17:38:07    Pg 5 of 5