UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

LLS AMERICA, LLC, et al.,

Debtors[1]

No. 09-06194-FPC11

[PROPOSED] ORDER GRANTING LEAVE TO FILE CLAIMS AGAINST THE LIQUIDATING TRUSTEE AND TRUSTEE'S ATTORNEYS OUTSIDE THE BANKRUPTCY COURT

Pursuant to the Barton Doctrine as pronounced by the United States Supreme Court in *Barton v. Barbour,* 104 U.S. 126, 128, 26 L.Ed. 672 (1881), and upon consideration of Ronald Ponton Sr.'s and Tomika Ponton's Motion for Leave to File Claims Against the Liquidating Trustee and Trustee's Attorneys outside the Bankruptcy Court, and upon review of the pleadings and papers filed in support thereof and in opposition thereto, and

---

[1] Please refer to the Order Granting the Trustee's Motion for Substantive Consolidation (ECF No. 771) for the list of debtor-entities.

[Proposed] ORDER GRANTING LEAVE TO FILE CLAIMS AGAINST TRUSTEE - 1

HENRY & DEGRAAFF, P.S.
113 CHERRY ST., PMB 58364
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

after hearing oral argument from counsel for the parties and being otherwise fully advised, this Court hereby

ORDERS that the Motion for Leave to File Claims Against the Liquidating Trustee and Trustee's Attorneys outside the Bankruptcy Court is Granted.

This Order shall remain in effect unless and until modified by the Court.

// END OF ORDER //

Presented by:

*/s/ Christina L. Henry*
Christina L Henry, WSBA 31273
HENRY & DEGRAAFF, PS
113 Cherry St, PMB 58364
Seattle, WA 98104
Tel: 206-330-0595 / Fax 206-400-7609
chenry@hdm-legal.com

[Proposed] ORDER GRANTING LEAVE TO FILE CLAIMS AGAINST TRUSTEE - 2

HENRY & DEGRAAFF, P.S.
113 CHERRY ST., PMB 58364
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

09-06194-FPC11    Doc 2298-6    Filed 11/18/22    Entered 11/18/22 17:38:07    Pg 2 of 2