Sven T. Nylen, (admitted *pro hac vice*)
SNylen@beneschlaw.com
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600,
Chicago, IL 60606-4637
Telephone: (312) 624-6388
Facsimile: (312) 767-9192


Shelley Ripley, WSBA# 28901
SRipley@hawleytroxell.com
HAWLEY TROXELL ENNIS & HAWLEY LLP
422 West Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Telephone: (509) 755-2067
Facsimile: (509) 213-8694

Honorable Frederick P. Corbit
Chapter 11

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC, et al.<br><br><br>Debtors.[1] | No. 09-06194-FPC11<br><br>FINAL DECREE CLOSING CASE AND GRANTING RELATED RELIEF |

        This matter came before the Court upon the Liquidating Trustee's Motion for

Final Decree Closing Case and Related Relief (the "Motion"). The Court considered

---

[1] Please refer to the Order Granting Trustee's Motion for Substantive Consolidation (ECF No.

771) for the list of debtor-entities.

FINAL DECREE CLOSING CASE AND
GRANTING RELATED RELIEF - 1

HAWLEY TROXELL ENNIS & HAWLEY LLP
422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
509.624.5265

60885.0001.16019219.1

the Motion, the declaration of the Liquidating Trustee (the "Trustee") in support thereof, *Chapter 11 Trustee's and Official Committee of Unsecured Creditors' Second Modified Plan of Liquidation* (ECF No. 1403-1, the "Plan"), the order confirming the Plan (ECF No. 1403), the agreement establishing the liquidating trust (the "Trust") pursuant to the Plan (ECF No. 1429), any responses or objections to the Motion, and the records and pleadings in the above-entitled case (the "Case"). The Court finds that proper notice of the Motion was given, that there were no objections to the Motion or that the Court has resolved any objections to the Motion as embodied herein, that pursuant to 11 U.S.C. §350(a), FRBP 3022 and other applicable law the Case has been fully administered as set forth in the Motion, that good cause exists to terminate the Trust, close the Case, and grant the requested related relief in the Motion on terms set forth herein. NOW THEREFORE,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED AS FOLLOW:

1.    The relief requested in the Motion is granted in all respects.

2.    The Trust is terminated and the case closed effective upon the date the Trustee files a declaration with the Court certifying that (i) that final distribution to beneficiaries was made and that the Trust's trust account has a zero balance; or (ii) in accordance with Article VI D.3. of the Plan to the extent the Trust has any unclaimed funds one hundred twenty (120) days after final distribution, the Trustee

FINAL DECREE CLOSING CASE AND
GRANTING RELATED RELIEF - 2

HAWLEY TROXELL ENNIS & HAWLEY LLP
422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
509.624.5265

60885.0001.16019219.1

donated any such funds to an appropriate Spokane area charitable organization after determining that they were insufficient to justify any further distribution.

3.      Notice of future actions or requests for relief of the Trust, if any, shall be limited to beneficiaries of the Trust.

4.      Entry of this Final Decree is without prejudice to the rights of the Trustee to seek an order to reopen the Case for cause.

///END OF ORDER///

BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP

By /s/ Sven T. Nylen
    Sven T. Nylen, Admitted Pro Hac Vice
    Attorneys for Liquidating Trustee

HAWLEY TROXELL ENNIS & HAWLEY LLP

By /s/ Shelley N. Ripley
    Shelley N. Ripley, WSBA No. 28901
    Attorneys for Liquidating Trustee

FINAL DECREE CLOSING CASE AND
GRANTING RELATED RELIEF - 3

HAWLEY TROXELL ENNIS & HAWLEY LLP
422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
509.624.5265

60885.0001.16019219.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

FINAL DECREE CLOSING CASE AND
GRANTING RELATED RELIEF - 4

HAWLEY TROXELL ENNIS & HAWLEY LLP
422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
509.624.5265

60885.0001.16019219.1